**D. B. HEINER, Collector, Appellant, v. BESSEMER COAL & COKE COMPANY, Appellee.**

**No. 4368.**

Circuit Court of Appeals, Third Circuit.

March 4, 1931.

Louis Edward Graham, U. S. Atty., and John A. McCann, Asst. U. S. Atty., both

**1084**

of Pittsburgh, Pa. (C. M. Charest, Gen. Counsel, Bureau of Internal Revenue, and Lester L. Gibson, Sp. Atty., Bureau of Internal Revenue, both of Washington, D. C., of counsel), for appellant.

W. W. Booth, Smith, Shaw, McClay & Seifert, and Maynard Teall, all of Pittsburgh, Pa., for appellee.

Before BUFFINGTON and THOMPSON, Circuit Judges, and THOMSON, District Judge.

PER CURIAM.

In conformity with the opinion of the Supreme Court of the United States in Graham and Foster et al. v. Goodcell, 282 U. S. ——, 51 S. Ct. 186, 75 L. Ed. ——, and the consent of counsel attached hereto, it is now here ordered and adjudged by this court that the judgment of the said District Court [39 F.(2d) 492] in this cause be, and the same is hereby, reversed.